UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BOGORAZ LAW FIRM., <br><br> Plaintiff and Counter-Defendant, <br><br> -against- <br><br> APOGEE CAPITAL FUND 5, LLC., <br><br> Defendant and Counter-Plaintiff. | 23-cv-01023-OEM-LKE |

**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant THE BOGORAZ LAW FIRM, a/k/a BOGORAZ LAW GROUP, P.C., and Defendant and Counter-Plaintiff APOGEE CAPITAL FUND 5, LLC, by and through their undersigned counsel, hereby give notice that all claims in the above captioned action are voluntarily dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 31, 2025
       New York, New York

[*Signature Page Follows*]

| GREALISH MCZEAL, P.C. | DUANE MORRIS, LLP |
|---|---|
| By: *Marcellous McZeal*<br>Marcellous McZeal, Esq.<br>700 Louisiana, 41st Floor<br>Houston, Texas 77002<br>Telephone: (713) 255-3234<br>Facsimile: (713) 783-2502<br>mmczeal@grealishmczeal.com<br>*Attorneys for Plaintiff and Counter-Defendant The Bogoraz Law Firm, a/k/a Bogoraz Law Group, P.C.* | By: [signature]<br>Nelson M. Stewart, Esq.<br>22 Vanderbilt, 335 Madison Avenue<br>New York, New York 10017<br>Phone: (212) 404-8767<br>nmstewart@duanemorris.com<br>*Attorneys for Defendant and Counter-Plaintiff Apogee Capital Fund 5, LLC.* |